Charles Ward HALL, appellant, v. Paul T. KENNY, respondent. (Supreme Court, Appellate Division, Second Department. March 17, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Carr, Rich, and Putnam, JJ., concur. Jenks, P. J., and Thomas, J., dissent.

HAMILTON TRUST COMPANY, respondent, v. William K. DICKERSON and others, defendants; Leander B. Faber, as receiver, etc., of Patrick H. Flynn, appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Judgment affirmed, with costs as against appellant in his capacity as receiver. No opinion. Thomas, Carr, Stapleton, Mills, and Putnam, JJ., concur.

Kate F. HANLEY, Respt., v. James BUTLER, Inc., Applt. (Supreme Court, Appellate Division, First Department. March 17, 1916.) Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $7,500; in which event, judgment, as so modified, and order affirmed, without costs. No opinion. Settle order on notice.

Jonas W. HARBURGER v. Bernard LEVY. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion granted, with $10 costs. Order filed.

HARSEN–LANGHAM CORPORATION v. Alice W. VAN NESS. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Application denied, with $10 costs. Order signed.

Jack T. HARRIS et al., Respts., v. Gustavus L. LAWRENCE, Applt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Determination affirmed, with costs. No opinion. Order filed.

Jack T. HARRIS and ano. v. Gustavus L. LAWRENCE. (Supreme Court, Appellate Division, First Department. March 17, 1916.) Motion denied, with $10 costs. Order filed.

Rose HARRIS, as admx., Applt., v. STEEL & MASONRY CONTRACTING CO., Respt. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

J. John HASSETT, applt., v. Harriet Arnot RATHBONE, personally, and as president of T. Briggs & Co., and T. Briggs & Co., respts. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Orders unanimously affirmed, with $10 costs and disbursements.

In the Matter of Edward P. HATCH, dec'd. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion denied, with $10 costs. Order filed.

Fanny HEIDEN, Respt., v. CITY OF NEW YORK, impld., Applt. Jacob L. HEIDEN v. SAME. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Orders reversed, with $10 costs and disbursements, and motions granted, on the authority of Tanzer v. Breen, 131 App. Div. 654, 116 N. Y. Supp. 110. Orders filed.

In the Matter of Magdalena HERRMANN, deceased; Adam Stein, as ex'r, and Emma Stein, as ex'trix, Applts. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Decree (91 Misc. Rep. 464, 154 N. Y. Supp. 957) affirmed, with costs. No opinion. Order filed.

Florence HERRMANN, Appellant, v. George HERRMANN, H. Herrmann Lumber Company, and Rosa Herrmann, Defendants; Henry M. Susswein, as Adm'r, etc., and Oscar Herrmann, Respondents. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Appeal from Special Term, New York County. The order appealed from denied a motion to revive the action against the administrator of the estate of a deceased defendant and to join the administrator and the heir and next of kin of the decedent as parties defendant.

PER CURIAM. The order appealed from should be reversed, in so far as it denies the motion to make Henry M. Susswein administrator, etc., a party defendant, and affirmed in so far as it denies the motion to make Oscar Herrmann a party defendant, and to the extent stated the motion is granted, with $10 costs and disbursements of this appeal to the appellant against the administrator. Settle order on notice.

Florence HERRMANN v. Henry M. SUSSWEIN, as adm'r, etc. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion denied, with $10 costs. Order filed.

HIRSCH & SCHOFIELD, Inc., Respt., v. Aagé GUSMER, Applt. (Supreme Court, Appellate Division, First Department. March 17, 1916.) Order affirmed, with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Order filed.

Frederick E. HODGKISS et al., appellants, v. DAYTON–BROWER COMPANY, Inc., respondent. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Application denied, with $10 costs.

John HOFACKER, respondent, v. ASTORIA VENEER MILLS & DOCK COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1916.) Motion granted.

John HOFACKER, respondent, v. ASTORIA VENEER MILLS & DOCK COMPANY, appellant. (Supreme Court, Appellate Division,

Second Department. February 28, 1916.) Motion for reargument or for leave to appeal to the Court of Appeals denied, without costs.

William HOLMAN v. Walter R. PATTEN. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion denied, with $10 costs. Order filed.

HOLZMAN COHEN CO. v. Edward P. TEAGUE. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Application granted. Order signed.

Fritz HOLZRICHTER, Respt., v. Everly DAVIS, Applt. (Supreme Court, Appellate Division, First Department. March 17, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

McKie B. HOPKINS v. John R. HOPKINS. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Motion granted, with $10 costs. Order filed.

Mary HORAN, as administratrix, etc., respondent, v. The NEW YORK, NEW HAVEN & HARTFORD RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Motion denied, with $10 costs.

Mattie L. HUMPHREY, Respt., v. Lee O. HUMPHREY, Applt. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Order reversed, and motion denied. No opinion. Order filed.

Wilbur HUNT, respondent, v. Cornelius J. CROWLEY, appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Judgment and order of the County Court of Westchester County affirmed, with costs. No opinion. Thomas, Carr, and Putnam, JJ., concur. Jenks, P. J., and Rich, J., dissent.

Selma HUNT, appellant, v. HUBBELL PUBLISHING COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. March 3, 1916.) Application denied, with $10 costs.

John HURTZIG, Applt., v. Henry SCHIERENBECK, Respt. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Florence E. HUSCHER, as administratrix, etc., of William H. Huscher, deceased, respondent, v. NEW YORK & QUEENS ELECTRIC LIGHT & POWER COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. March 10, 1916.) Judgment and orders affirmed, with costs. No opinion. Thomas, Carr, Rich, and Putnam, JJ., concur. Jenks, P. J., dissents, upon the authority of Huscher v. New York & Queens Electric Light & Power Company, 165 App. Div. 241, 151 N. Y. Supp. 144.

David H. HYMAN, Applt., v. John DUNSTON, Respt. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, and order for examination reinstated, the date for the examination to be fixed in the order. No opinion. Settle order on notice.

INTERNATIONAL TRUST CO. v. William GOW et al. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion denied, with $10 costs. Order filed.

Anna JACOBSON v. Ignatz JACOBSON (two cases). (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motions granted, with $10 costs. Orders filed.

Sara JAKOBSON v. Julia C. LAWRENCE. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Application denied, with $10 costs. Order signed.

In the Matter of Eva G. JEFFRIES. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Henry W. JESSUP v. George W. SMITH et al. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion denied, with $10 costs. Order filed.

Frederick L. JOHANNS, Applt., v. Theodore FICKE and ano., Respts. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

JOHN CLARKE ESTATE, respondent, v. The CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1916.) Judgment and order affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

JOHN J. GUINAN CONTRACTING COMPANY, respondent, v. TOPEKA PAVING COMPANY, Inc., appellant. (Supreme Court, Appellate Division. Second Department. January 28, 1916.) The issue relates entirely to the values of labor and materials, which fall under a few classes. The defendant, through its attorney, stated that it was willing to make admissions concerning such matters. Certainly, in view of the condition of the pleadings, aided by such proper concessions, a reference is not necessary. Order reversed, with $10 costs and disbursements, and motion denied, without costs. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

In the Matter of JOHN SHIPWAY & BRO. (Supreme Court, Appellate Division. First Department. February 11, 1916.) Motion granted, with $10 costs. Order filed.